Hollis H. Malin, Jr.
809 Dry Gap Pike
Knoxville, Tenn. [37918]
Telephone: 865-556-5917
buddymalin@gmail.com

FILED

2011 OCT 17 PM 2: 34

HOWARD G. HOGAN

# IN THE KNOX COUNTY CHANCERY COURT
## AT KNOXVILLE, TENNESSEE

| | |
|---|---|
| Hollis H. Malin, Jr. & Linda D. Malin, <br><br> Plaintiff, <br> v. <br><br> JPMORGAN, JPMORGAN CHASE, <br> JPMORGAN CHASE BANK, <br> JPMORGAN CHASE, NATIONAL ASSOCIATION, <br> CHASE HOME FINANCE, LLC <br><br><br> Defendants. | Case No. <br><br> AMENDMENT COMPLAINT FOR RELEASE OF LIEN, AND OTHER RELIEF |

1. COME NOW the Plaintiffs, Hollis H. Malin, Jr. & Linda D. Malin (hereinafter "Plaintiff" and/or "Borrower") and files this COMPLAINT FOR DAMAGES, RELEASE OF LIEN, AND OTHER RELIEF, against Defendants, JP MORGAN, JP MORGAN CHASE, JP MORGAN CHASE BANK, CHASE HOME FINANCE, LLC and JP MORGAN CHASE NATIONAL ASSOCIATION (hereinafter collectively referred to as "Defendants"), and for their causes of action against the Defendants would show as follows:

I.
## PARTIES

2. Plaintiffs, husband and wife, are citizens and residents of the State of Tennessee, residing at 809 Dry Gap Pike, Knox County, Knoxville, Tennessee.

3. JPMORGAN, JPMORGAN CHASE, JPMORGAN CHASE BANK, JPMORGAN CHASE, NATIONAL ASSOCIATION are foreign corporations doing business in Tennessee and may be served under the Tennessee Long-Arm Statue through the Tennessee Secretary of State, 312 Rosa L. Parks, Ave., 6th Floor, Snodgrass Tower, Nashville, Tennessee 37243, through their registered agent, the Corporation Trust Company, Corporation Trust Center, 1209 Orange, St. New Castle County, Delaware, 19801. CHASE HOME FINANCE, LLC is a foreign limited liability

in Tennessee and may be served with process at 7301 Baymeadows Way, Jacksonville, Florida, 32256.





Business Services Division
**Tre Hargett, Secretary of State**

**State of Tennessee**
312 Rosa L. Parks Avenue, 6th Floor
Nashville, Tennessee 37243

JP MORGAN CHASE BANK
R.A: THE CORPORATION TRUST CO.
1209 ORANGE ST.
NEW CASTLE COUNTY, DE 19801