**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE**

| | |
|---|---|
| HOLLIS H. MALIN, JR. and <br> LINDA D. MALIN | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )    No. 3:11-cv-00554 <br> ) |
| JPMORGAN; JP MORGAN CHASE; <br> JPMORGAN CHASE BANK; <br> JPMORGAN CHASE; NATIONAL <br> ASSOCIATION; and CHASE HOME <br> FINANCE, LLC., | ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants, | ) |

## NOTICE OF APPEARANCE

Come plaintiffs, Hollis H. Malin, Jr. and Linda D. Malin, and file this notice of appearance for their attorney, J. Myers Morton, MORTON & MORTON, PLLC, 1518 N. Broadway, Knoxville, Tennessee, 37917, and request that copies of all filings in these proceedings be served upon J. Myers Morton.

Respectfully submitted this 2nd day of September, 2012.

                                               /s/ J. Myers Morton
                                               J. Myers Morton     BPR#: 013357
                                               MORTON & MORTON, PLLC
                                               Attorney for Plaintiffs
                                               1518 N. Broadway
                                               Knoxville, Tennessee, 37917
                                               Telephone: (865) 523-2000
                                               Facsimile: (865) 546-4860
                                               myersmorton@comcast.net

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document has been furnished to the following by placing same in the U. S. Mail, postage prepaid and addressed as follows:

        Michael D. Hornback
        Wyatt, Tarrant & combs, LLP
        2525 West End Avenue, Suite 1500
        Nashville, Tennessee 37203

    This 4th day of September, 2012.

                      s/ J. Myers Morton